ROBERT H. LYNN (SBN 054016)
LYNN & FORTUNE, LLP
2171 INDIA STREET
SUITE C
SAN DIEGO, CA 92101
(619) 233-9464

Attorney(s) for        SDMS, INC.; ET AL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   SDMS, INC.; ET AL.                                         Case No:   08CV833 JM AJB

Defendant: ROCKY MOUNTAIN CHOCOLATE FACTORY INC.         PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET

2. a. Party served:     ROCKY MOUNTAIN CHOCOLATE FACTORY INC.
   b. Person served:    M. WILSON, AUTHORIZED AGENT
   c. Place of Service: 818 WEST SEVENTH STREET
                        LOS ANGELES, CA 90017
                        {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:  MAY 21, 2008
      (2) at:  9:58 A.M.

4. Person serving:
   ARMANDO GONZALEZ
   CALEXPRESS
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

   a. Fee for Service: $ 75.00
   e. Exempt from registration under Bus. & Prof. Code 22350(b)

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   MAY 23, 2008                                    Signature: [signature]

PROOF OF SERVICE