| | |
|---|---|
| 1 | James D. DeRoche, Bar No. 69592 |
|  | jderoche@perkinscoie.com |
| 2 | Steven C. Gonzalez, Bar No. 191756 |
|  | sgonzalez@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|  | 1620 26th Street, Sixth Floor, South Tower |
| 4 | Santa Monica, CA 90404 |
|  | PHONE: 310.788.9900 |
| 5 | FAX: 310.843.1250 |
| 6 | Attorneys for Defendant |
|  | Rocky Mountain Chocolate Factory, Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SDMS, IND., THOMAS P. ANDERSON, and KEN PECUS, | | Case No. 08CV833 (JM) (AJB) |
| Plaintiff, | | PROOF OF SERVICE |
| v. | | |
| ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., | | |
| Defendant. | | |

## PROOF OF SERVICE

I hereby certify that on the 6th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following party:

Rebecca J. Fortune, Esq.
Lynn & Fortune, LLP
2171 India Street, Suite "C"
San Diego, California 92101
Telephone (619) 233-9464
Facsimile (619) 702-6911
Email: rfortune@lynnfortunelaw.com

**Attorney for Plaintiffs**

DATED: June 6, 2008

By: *s/Steven C. Gonzalez*
Steven C. Gonzalez, Attorneys for Defendant
Email: sgonzalez@perkinscoie.com