# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDMS, INC., THOMAS P. ANDERSON, and KEN PECUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,<br><br>    Defendant. | CASE NO. 08 CV 0833 JM (AJB)<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME** |

Having considered Defendant's ex parte application for an extension of time to plead, and finding good cause therefore, the court hereby **ORDERS** that Defendant shall have up to and including June 24, 2008, by which to file Defendant's response to the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: June 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties