ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.
BALANCE SHEETS

|  | AS OF FEBRUARY 28 | |
|---|---|---|
|  | 2003 | 2002 |
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 1,282,972 | $ 165,472 |
| Accounts receivable, less allowance for doubtful accounts of $65,117 and $73,269 | 2,021,391 | 2,724,907 |
| Notes receivable | 288,100 | 561,829 |
| Refundable income taxes | 548,490 | - |
| Inventories | 3,062,135 | 3,127,090 |
| Deferred income taxes | 174,616 | 138,591 |
| Other | 276,002 | 313,943 |
| Total current assets | 7,653,706 | 7,031,832 |
| **Property and Equipment, Net** | 5,618,239 | 5,983,906 |
| **Other Assets** | | |
| Notes receivable, less valuation allowance of $49,446 and $235,689 | 801,309 | 2,353,355 |
| Goodwill, net | 1,039,872 | 797,789 |
| Intangible assets, net | 557.167 | 568,602 |
| Assets held for sale | 373,525 | - |
| Other | 40,428 | 59,907 |
| Total other assets | 2,812,301 | 3,779,653 |
| Total assets | $16,084,246 | $16,795,391 |
| **Liabilities and Stockholders' Equity** | | |
| **Current Liabilities** | | |
| Current maturities of long-term debt | $ 1,218,400 | $ 1,188,300 |
| Accounts payable | 612,770 | 667,419 |
| Accrued salaries and wages | 678,223 | 881,451 |
| Other accrued expenses | 363,192 | 354,912 |
| Total current liabilities | 2,872,585 | 3,092,082 |
| **Long-Term Debt, Less Current Maturities** | 3,072,798 | 4,324,746 |
| **Deferred Gain on Sale of Assets** | 15,657 | 389,302 |
| **Deferred Income Taxes** | 232,215 | 168,464 |
| **Commitments and Contingencies** | - | - |
| **Stockholders' Equity** | | |
| Common stock, $.03 par value; 7,250,000 shares authorized; 2,500,123 and 2,474,640 shares issued and outstanding | 75,004 | 74,239 |
| Additional paid-in capital | 2,721,433 | 2,544,351 |
| Retained earnings | 7,094,554 | 6,242,206 |
| Less notes receivable from officers and directors | - | (39,999) |
| Total stockholders' equity | 9,890,991 | 8,820,797 |
| Total liabilities and stockholders' equity | $16,084,246 | $16,795,391 |

The accompanying notes are an integral part of these statements.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.
STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY

|  | FOR THE YEARS ENDED FEBRUARY 28, | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| **Common Stock** | | | |
| Balance at beginning of year | $ 74,239 | $ 76,931 | $ 95,475 |
| Repurchase and retirement of common stock | - | (3,701) | (19,744) |
| Issuance of common stock | 5 | 6 | 480 |
| Exercise of stock options | 760 | 1,003 | 720 |
| Balance at end of year | 75,004 | 74,239 | 76,931 |
| **Notes Receivable From Officers and Directors** | | | |
| Balance at beginning of year | (39,999) | (168,747) | (208,746) |
| Reduction of notes | 39,999 | 128,748 | 39,999 |
| Balance at end of year | - | (39,999) | (168,747) |
| **Additional Paid-In Capital** | | | |
| Balance at beginning of year | 2,544,351 | 2,907,379 | 5,855,884 |
| Repurchase and retirement of common stock | - | (621,840) | (3,060,555) |
| Costs related to stock split | (15,278) | - | - |
| Issuance of common stock | 1,263 | 1,078 | 49,520 |
| Exercise of stock options | 124,504 | 235,247 | 62,530 |
| Tax benefit from employee stock transactions | 66,593 | 22,487 | - |
| Balance at end of year | 2,721,433 | 2,544,351 | 2,907,379 |
| **Retained Earnings** | | | |
| Balance at beginning of year | 6,242,206 | 4,246,864 | 2,690,476 |
| Net income | 852,348 | 1,995,342 | 1,556,388 |
| Balance at end of year | 7,094,554 | 6,242,206 | 4,246,864 |
| **Total Stockholders' Equity** | $9,890,991 | $8,820,797 | $7,062,427 |
| **Common Shares** | | | |
| Balance at beginning of year | 2,474,640 | 2,564,379 | 3,182,505 |
| Repurchase and retirement of common stock | - | (123,355) | (658,126) |
| Issuance of common stock | 150 | 200 | 16,000 |
| Exercise of stock options and other | 25,333 | 33,416 | 24,000 |
| Balance at end of year | 2,500,123 | 2,474,640 | 2,564,379 |

The accompanying notes are an integral part of these statements.

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.
STATEMENTS OF CASH FLOWS

|  | FOR THE YEARS ENDED FEBRUARY 28, | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
| **Cash Flows From Operating Activities:** | | | |
| Net income | $ 852,348 | $1,995,342 | $ 1,556,388 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization | 815,279 | 905,227 | 1,149,590 |
| Provision for loss on accounts and notes receivable and related foreclosure costs | 1,754,524 | 162,046 | 125,202 |
| Provision for inventory loss | 37,000 | 162,000 | 268,500 |
| (Gain) loss on sale of assets | 2,209 | (138,824) | (29,875) |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | 342,967 | (887,947) | (308,785) |
| Refundable income taxes | (548,490) | 37,574 | 39,115 |
| Inventories | 91,535 | (603,779) | (116,386) |
| Other assets | 37,941 | (43,229) | (182,929) |
| Accounts payable | (54,649) | (397,791) | 9,300 |
| Income taxes payable | (49,943) | 139,023 | (120,463) |
| Deferred income taxes | 27,726 | 11,794 | 145,281 |
| Accrued liabilities | (334,347) | (75,608) | (8,649) |
| Net cash provided by operating activities | 2,974,100 | 1,265,828 | 2,526,289 |
| **Cash Flows From Investing Activities:** | | | |
| Additions to notes receivable | (1,033,097) | (659,258) | (173,581) |
| Proceeds received on notes receivable | 530,043 | 195,494 | 129,163 |
| Proceeds from sale of assets | 13,940 | 382,018 | 1,495,670 |
| Purchase of other assets | (11,578) | (231,228) | (199,523) |
| Purchase of property and equipment | (285,313) | (724,130) | (466,448) |
| Net cash provided by (used in) investing activities | (786,005) | (1,037,104) | 785,281 |
| **Cash Flows From Financing Activities:** | | | |
| Net change in line of credit | - | (550,000) | 475,000 |
| Proceeds from long-term debt | - | 6,077,827 | 1,232,247 |
| Payments on long-term debt | (1,221,848) | (5,418,921) | (2,082,658) |
| Repayment of loans by director, officers and former officers | 39,999 | 128,748 | 39,999 |
| Costs of stock split | (15,278) | - | - |
| Issuance of common stock | 126,532 | 237,334 | 63,250 |
| Repurchase and redemption of common stock | - | (625,541) | (3,080,299) |
| Net cash used in financing activities | (1,070,595) | (150,553) | (3,352,461) |
| **Net Increase (Decrease) In Cash And Cash Equivalents** | 1,117,500 | 78,171 | (40,891) |
| **Cash And Cash Equivalents At Beginning Of Year** | 165,472 | 87,301 | 128,192 |
| **Cash And Cash Equivalents At End Of Year** | $1,282,972 | $ 165,472 | $ 87,301 |

The accompanying notes are an integral part of these statements.

NOTE 1 - NATURE OF OPERATIONS AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

Nature of Operations

Rocky Mountain Chocolate Factory, Inc. is an international franchiser, confectionery manufacturer and retail operator in the United States, Guam, Canada, and the United Arab Emirates. The Company manufactures an extensive line of premium chocolate candies and other confectionery products. The Company's revenues are currently derived from three principal sources: sales to franchisees and others of chocolates and other confectionery products manufactured by the Company; the collection of initial franchise fees and royalties from franchisees' sales; and sales at Company-owned stores of chocolates and other confectionery products.

Cash Equivalents

Cash equivalents include cash in excess of daily requirements which is invested in various financial instruments having an original maturity of three months or less.

Inventories

Inventories are stated at the lower of cost or market. Cost is determined using the first-in, first-out method.

Property and Equipment and Other Assets

Property and equipment are recorded at cost. Depreciation and amortization are computed using the straight-line method based upon the estimated useful life of the asset, which range from five to thirty-nine years. Leasehold improvements are amortized on the straight-line method over the lives of the respective leases or the service lives of the improvements, whichever is shorter.

The Company reviews its long-lived assets through analysis of estimated fair value, including identifiable intangible assets, whenever events or changes indicate the carrying amount of such assets may not be recoverable. The Company's policy is to review the recoverability of all assets, at a minimum, on an annual basis.

Amortization of Goodwill

Goodwill has historically been amortized on the straight-line method over ten to twenty-five years. In June 2001, the Financial Accounting Standards Board (FASB) issued Statement of Financial Accounting Standards No. 142 (SFAS 142), *Goodwill and Intangible Assets,* which revises the accounting for purchased goodwill and intangible assets. Under SFAS 142, goodwill and intangible assets with indefinite lives will no longer be amortized, but will be tested for impairment annually, and also in the event of an impairment indicator. SFAS 142 is effective for fiscal years beginning after December 15, 2001. The Company adopted SFAS 142 on March 1, 2002.

Sales

Sales of products to franchisees and other customers are recognized at the time of shipment. Sales of products at retail stores are recognized at the time of sale.

Shipping Fees

Shipping fees charged to customers by the Company's trucking department are reported as sales. Shipping costs incurred by the Company's trucking department are reported as cost of sales.

Franchise and Royalty Fees

Franchise fee revenue is recognized upon completion of all significant initial services provided to the franchisee and upon satisfaction of all material conditions of the franchise agreement. In addition to the initial franchise fee, the Company receives a royalty fee of five percent (5%) and a marketing and promotion fee of one percent (1%) of the Rocky Mountain Chocolate Factory franchised stores' gross sales.

**297**

Use of Estimates

In preparing financial statements in conformity with accounting principles generally accepted in the United States of America, management is required to make estimates and assumptions that affect the reported amounts of assets, liabilities, the disclosure of contingent assets and liabilities, at the date of the financial statements, and revenues and expenses during the reporting period. Actual results could differ from those estimates.

Vulnerability Due to Certain Concentrations

Franchised stores are concentrated (33%) in the factory outlet mall environment. At February 28, 2003, 4 Company-owned stores and 73 franchise stores of 230 total stores are located in this environment. The Company is, therefore, vulnerable to changes in consumer traffic in this market environment.

As of February 28, 2003, the Company had long-term notes receivable of approximately $444,000 due from two franchisees resulting from the Company financing the construction of their new concept stores. The notes are collateralized by the underlying store assets. The Company is, therefore, vulnerable to changes in the cash flow from these locations.

Stock-Based Compensation

Statement of Financial Accounting Standards No. 123 (SFAS 123), "Accounting for Stock-Based Compensation" encourages, but does not require, companies to record compensation cost for stock-based employee compensation plans at fair value. The Company has chosen to continue to account for stock-based compensation using the intrinsic value method prescribed in Accounting Principles Board Opinion No. 25 (APB 25), "Accounting for Stock Issued to Employees" and provides the required pro forma disclosures prescribed by SFAS 123.

The Company has adopted the disclosure-only provisions of SFAS 123. In accordance with those provisions, the Company applies APB 25 and related interpretations in accounting for its stock option plans and, accordingly, does not recognize compensation cost if the exercise price is not less than market. No compensation expense was recognized during the three years ended February 28, 2003. If the Company had elected to recognize compensation cost based on the fair value of the options granted at grant dates as prescribed by SFAS 123, net income and earnings per share would have been reduced to the pro-forma amounts indicated in the table below for the years ending February 28 (in 000's except per share amounts):

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Net Income - as reported | $ 852 | $ 1,995 | $ 1,556 |
| Net Income - pro forma | 757 | 1,843 | 1,427 |
| Basic Earnings per Share-as reported | .34 | .81 | .58 |
| Diluted Earnings per Share-as reported | .32 | .76 | .57 |
| Basic Earnings per Share-pro forma | .30 | .75 | .53 |
| Diluted Earnings per Share-pro forma | .28 | .71 | .53 |

Advertising and Promotional Expenses

The Company expenses advertising costs as incurred. Total advertising expense amounted to approximately $420,000, $420,000 and $320,000 for the fiscal years ended February 28, 2003, 2002 and 2001, respectively.

Earnings Per Share

Basic earnings per share is computed as net earnings divided by the weighted average number of common shares outstanding during each year. Diluted earnings per share reflects the potential dilution that could occur from common shares issuable through stock options. During 2003, 2002 and 2001, 56,153, 62,495 and 293,333 stock options were excluded from diluted shares as their affect was anti-dilutive.

Fair Value of Financial Instruments

The Company's financial instruments consist of cash and cash equivalents, trade receivables, payables, notes receivable, and debt. The fair value of all instruments approximates the carrying value.

NOTE 2 - INVENTORIES

Inventories consist of the following at February 28:

|  | 2003 | 2002 |
|---|---|---|
| Ingredients and supplies | $ 1,583,631 | $ 1,538,107 |
| Finished candy | 1,478,504 | 1,588,983 |
|  | $ 3,062,135 | $ 3,127,090 |

NOTE 3 - PROPERTY AND EQUIPMENT, NET

Property and equipment consists of the following at February 28:

|  | 2003 | 2002 |
|---|---|---|
| Land | $ 513,618 | $ 513,618 |
| Building | 3,838,936 | 3,772,807 |
| Machinery and equipment | 6,746,190 | 6,512,836 |
| Furniture and fixtures | 658,145 | 592,677 |
| Leasehold improvements | 489,405 | 418,403 |
| Transportation equipment | 180,723 | 188,874 |
|  | 12,427,017 | 11,999,215 |
| Less accumulated depreciation | 6,808,778 | 6,015,309 |
| Property and equipment, net | $ 5,618,239 | $ 5,983,906 |

NOTE 4 - LINE OF CREDIT AND LONG-TERM DEBT

Line of Credit

At February 28, 2003 the Company had a $2.5 million line of credit from a bank, collateralized by substantially all of the Company's assets with the exception of the Company's retail store assets. Draws may be made under the line at 75% of eligible accounts receivable plus 50% of eligible inventories. Interest on borrowings is at prime less 50 basis points (3.75% at February 28, 2003). At February 28, 2003, $2.5 million was available for borrowings under the line of credit, subject to borrowing base limitations. Terms of the line require that the line be rested (that is, that there be no outstanding balance) for a period of 30 consecutive days during the term of the loan. The credit line is subject to renewal in July, 2003.

Long-term debt

Long-term debt consists of the following at February 28:

|  | 2003 | 2002 |
|---|---|---|
| Mortgage note payable in monthly installments of $17,600 through August, 2016 including interest at 6.0% per annum, collateralized by land and factory building. Interest was subject to adjustment every 60 months until maturity in August, 2016 but was adjusted to a floating rate of prime less fifty basis points (currently 3.75%) effective November 15, 2002. | $ 1,947,500 | $ 2,049,494 |
| Notes payable in monthly installments of between $454 and $8,002. Repaid in fiscal 2003. | - | 103,986 |
| Chattel mortgage note payable in monthly installments of $65,500 through August, 2005 including interest at 6.00% per annum, collateralized by substantially all business assets. Interest rate was adjusted to a floating rate of prime less fifty basis points (currently 3.75%) effective November 15, 2002. | 1,822,042 | 2,487,597 |

**299**

8

2003          2002

300

9

NOTE 4 - LINE OF CREDIT AND LONG-TERM DEBT - CONTINUED

| Long-term debt - continued | 2003 | 2002 |
|---|---|---|
| Chattel mortgage note payable in monthly installments of $30,300 through August, 2004 including interest at 6.00% per annum, collateralized by inventory, accounts, equipment and general intangibles. Interest rate was adjusted to a floating rate of prime less fifty basis points (currently 3.75%) effective November 15, 2002. | 521,656 | 846,468 |
| Chattel mortgage note payable in quarterly installments of $51,240 through January, 2002, and a final installment of $34,160 April, 2002, including interest at 6.73% per annum collateralized by equipment, furniture and fixtures. | - | 25,501 |
| | 4,291,198 | 5,513,046 |
| Less current maturities | 1,218,400 | 1,188,300 |
| | $ 3,072,798 | $ 4,324,746 |

Maturities of long-term debt are as follows for the years ending February 28 or 29:

| | |
|---|---|
| 2004 | $1,218,400 |
| 2005 | 1,022,500 |
| 2006 | 451,100 |
| 2007 | 97,000 |
| 2008 | 104,100 |
| Thereafter | 1,398,098 |
| | $4,291,198 |

Additionally, the line of credit and certain term debt are subject to various financial ratio and leverage covenants. At February 28, 2003 the Company was in compliance with all such convenants.

NOTE 5 - COMMITMENTS AND CONTINGENCIES

Operating leases

The Company conducts its retail operations in facilities leased under five to ten-year noncancelable operating leases. Certain leases contain renewal options for between two and ten additional years at increased monthly rentals. The majority of the leases provide for contingent rentals based on sales in excess of predetermined base levels.

The following is a schedule by year of future minimum rental payments required under such leases for the years ending February 28 or 29:

| | |
|---|---|
| 2004 | $ 254,400 |
| 2005 | 162,100 |
| 2006 | 113,000 |
| 2007 | 36,500 |
| 2008 | 11,500 |
| | $ 577,500 |

In some instances, in order to retain the right to site selection or because of requirements imposed by the lessor, the Company has leased space for its proposed franchise outlets. When a franchise was sold, the store was subleased to the franchisee who is responsible for the monthly rent and other obligations under the lease. The Company's liability as primary lessee on sublet franchise outlets, all of which is offset by sublease rentals, is as follows for the years ending February 28 or 29:

NOTE 5 - COMMITMENTS AND CONTINGENCIES - CONTINUED

|  |  |
|---|---|
| 2004 | $ 427,600 |
| 2005 | 313,800 |
| 2006 | 239,300 |
| 2007 | 135,500 |
| 2008 | 52,400 |
| Thereafter | 19,700 |
|  | $ 1,188,300 |

The following is a schedule of lease expense for all retail operating leases for the three years ended February 28:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Minimum rentals | $ 1,023,898 | $ 1,206,337 | $ 1,860,783 |
| Less sublease rentals | (785,219) | (971,938) | (1,186,307) |
| Contingent rentals | 9,628 | 8,999 | 22,030 |
|  | $ 248,307 | $ 243,398 | $ 696,506 |

The Company also leases trucking equipment under operating leases. The following is a schedule by year of future minimum rental payments required under such leases for the years ending February 28 or 29:

|  |  |
|---|---|
| 2004 | $ 273,900 |
| 2005 | 200,900 |
| 2006 | 92,100 |
|  | $ 566,900 |

The following is a schedule of lease expense for trucking equipment operating leases for the three years ended February 28:

| 2003 | 2002 | 2001 |
|---|---|---|
| $ 305,798 | $ 260,988 | $ 313,574 |

Contingencies

The Company is party to various legal proceedings arising in the ordinary course of business. Management believes that the resolution of these matters will not have a significant adverse effect on the Company's financial position, results of operations or cash flows.

NOTE 6 - INCOME TAXES

Income tax expense is comprised of the following for the years ending February 28:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Current |  |  |  |
| Federal | $ 424,236 | $1,033,009 | $ 761,667 |
| State | 66,023 | 167,797 | 75,637 |
| Total Current | 490,259 | 1,200,806 | 837,304 |
| Deferred |  |  |  |
| Federal | 24,939 | 10,608 | 128,539 |
| State | 2,787 | 1,186 | 16,742 |
| Total Deferred | 27,726 | 11,794 | 145,281 |
| Total | $ 517,985 | $1,212,600 | $ 982,585 |

A reconciliation of the statutory federal income tax rate and the effective rate as a percentage of pretax income is as follows for the years ending February 29:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Statutory rate | 34.0% | 34.0% | 34.0% |
| Goodwill amortization | - | .3% | .3% |
| State income taxes, net of federal benefit | 3.3% | 3.5% | 2.2% |
| Other | .5% | - | 2.2% |
| Effective Rate | 37.8% | 37.8% | 38.7% |

NOTE 6 - INCOME TAXES - CONTINUED

The components of deferred income taxes at February 28 are as follows:

|  | 2003 | 2002 |
|---|---|---|
| Deferred Tax Assets |  |  |
| Allowance for doubtful accounts and notes | $ 43,305 | $ 113,006 |
| Inventories | 26,520 | 45,897 |
| Accrued compensation | 39,508 | 64,999 |
| Loss provisions | 150,359 | 114,516 |
| Self insurance accrual | 28,902 | - |
| Amortization, design costs and goodwill | 45,790 | 42,219 |
|  | 334,384 | 380,637 |
| Deferred Tax Liabilities |  |  |
| Depreciation | (308,966) | (327,493) |
| Deferred gain on sale | (83,017) | (83,017) |
|  | (391,983) | (410,510) |
| Net deferred tax liability | $ (57,599) | $ (29,873) |
|  |  |  |
| Current deferred tax assets | $ 174,616 | $ 138,591 |
| Non-current deferred tax liabilities | (232,215) | (168,464) |
| Net deferred tax liability | $ (57,599) | $ (29,873) |

NOTE 7 - STOCKHOLDERS' EQUITY

Stock Split

On January 28, 2002 the Board of Directors approved a four-for-three stock split payable March 4, 2002 to shareholders of record at the close of business on February 11, 2002. Shareholders received one additional share of Common Stock for every three shares owned prior to the record date and par value changed from $.03 to $.0225 per share. Immediately prior to the split there were 1,855,918 shares outstanding. Subsequent to the split there were 2,474,640 shares outstanding. All share and per share data have been restated in all years presented to give effect to the stock split.

Stock Repurchases

Between March 6, 2001 and September 28, 2001, the Company repurchased 123,355 Company shares at an average price of $5.07 per share. Of the shares repurchased during this time period, 25,333 were repurchased from employees.

In January 2001 the Company repurchased 61,333 Company shares at an average price of $3.80 per share.

On March 21, 2000, the Company commenced a tender offer to acquire shares of its common stock. Pursuant to the tender offer, which was completed on May 1, 2000, the Company acquired 596,793 shares of its issued and outstanding common stock at $4.6875 per share.

On May 15, 1998, the Company purchased 448,000 shares and certain of its directors and executive officers purchased 138,667 shares of the Company's issued and outstanding common stock at $3.8625 per share from La Salle National Bank of Chicago, Illinois, which obtained these shares through foreclosure from certain shareholders unrelated to any transactions of the Company. The Company loaned certain officers and directors the funds to acquire 53,333 of the 138,667 shares purchased by them. The loans are secured by the related shares, bear interest payable annually at 7.5% and were due May 15, 2003. All such loans were paid in full as of February 28, 2003.

NOTE 8 - STOCK OPTION PLANS

Under the Company's 1985 Incentive Stock Option Plan (the "1985 Plan"), options to purchase 286,667 shares of the Company's common stock were granted at prices not less than market value at the date of grant. The 1985 Plan expired in October 1995. Options granted under the 1985 Plan could not have a term exceeding ten years. Options representing the right to purchase 22,333 shares of the Company's common stock remained outstanding under the 1985 Plan at February 28, 2003.

NOTE 8 - STOCK OPTION PLANS - CONTINUED

Under the 1995 Stock Option Plan (the "1995 Plan"), the Nonqualified Stock Option Plan for Nonemployee Directors (the "Director's Plan") and the 2000 Nonqualified Stock Option Plan for Nonemployee Directors (the "2000 Director's Plan"), options to purchase up to 400,000, 120,000 and 80,000 shares, respectively, of the Company's common stock may be granted at prices not less than market value at the date of grant. Options granted may not have a term exceeding ten years under the 1995 plan and the Director's Plan. Options granted may not have a term exceeding five years under the 2000 Director's Plan. Options representing the right to purchase 346,998, 26,666 and 63,996 shares of the Company's common stock were outstanding under the 1995 Plan, the Director's Plan, and the 2000 Director's Plan, respectively, at February 28, 2003. Options become exercisable over a one to five year period from the date of the grant. The options outstanding under these plans will expire, if not exercised, in January 2004 through March 2012.

The fair value of each option grant is estimated on the date of grant using the Black-Scholes option-pricing model utilizing the following weighted average assumptions:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Expected dividend yield | 0% | 0% | 0% |
| Expected stock price volatility | 40% | 40% | 50% |
| Risk-free interest rate | 4.3% | 4.8% | 6.5% |
| Expected life of options | 5 years | 5 years | 7 years |

Information with respect to options outstanding under the Plans at February 28, 2003, and changes for the three years then ended was as follows:

|  | 2003 Shares | Weighted Average Exercise Price |
|---|---|---|
| Outstanding at beginning of year | 433,994 | $ 4.82 |
| Granted | 51,332 | 9.09 |
| Exercised | (25,333) | 4.94 |
| Outstanding at end of year | 459,993 | 5.29 |
| Options exercisable at February 28, 2003 | 325,726 | 4.94 |

|  | 2002 Shares | Weighted Average Exercise Price |
|---|---|---|
| Outstanding at beginning of year | 382,661 | $ 5.09 |
| Granted | 104,665 | 4.75 |
| Exercised | (33,332) | 7.09 |
| Forfeited | (20,000) | 5.94 |
| Outstanding at end of year | 433,994 | $ 4.82 |
| Options exercisable at February 28, 2002 | 309,328 | $ 4.97 |

|  | 2001 Shares | Weighted Average Exercise Price |
|---|---|---|
| Outstanding at beginning of year | 394,661 | $ 5.01 |
| Granted | 13,333 | 3.00 |
| Exercised | (24,000) | 2.63 |
| Forfeited | (1,333) | 5.81 |
| Outstanding at end of year | 382,661 | $ 5.09 |
| Options exercisable at February 28, 2001 | 247,733 | $ 5.73 |

Weighted average fair value per share of options granted during 2003, 2002 and 2001 were $3.81, $1.98 and $1.40, respectively.

NOTE 8 - STOCK OPTION PLANS - CONTINUED

Additional information about stock options outstanding at February 28, 2003 is summarized as follows:

| | | Options Outstanding | |
| --- | --- | --- | --- |
| Range of exercise prices | Number outstanding | Weighted average remaining contractual life | Weighted average exercise price |
| $3.00 to 3.7035 | 133,666 | 6.31 years | $3.47 |
| $3.84 to 4.40625 | 186,665 | 4.64 years | 3.99 |
| $5.625 to 13.50 | 139,662 | 5.76 years | 8.78 |

| | Options Exercisable | |
| --- | --- | --- |
| Range of exercise prices | Number Exercisable | Weighted average exercise price |
| $3.00 to 3.7035 | 78,999 | $3.40 |
| $3.84 to 4.40625 | 175,999 | 3.99 |
| $5.625 to 13.50 | 70,729 | 9.04 |

NOTE 9 - OPERATING SEGMENTS

The Company classifies its business interests into two reportable segments: Franchising and Manufacturing. Previously the Company segregated Retail as a third reportable segment. The Company has phased out its Company-owned store program to eight remaining stores. The remaining stores provide an environment for testing new products and promotions, operating and training methods and merchandising techniques. Company management evaluates these stores in relation to their contribution to franchising efforts. The previously reported Retail segment is now included in the Franchising segment and all previously reported periods have been restated. The accounting policies of the segments are the same as those described in the summary of significant accounting policies in Note 1. The Company evaluates performance and allocates resources based on operating contribution, which excludes unallocated corporate general and administrative costs, provision for loss on accounts and notes receivable and related foreclosure costs and income tax expense or benefit. The Company's reportable segments are strategic businesses that utilize common merchandising, distribution, and marketing functions, as well as common information systems and corporate administration. All inter-segment sales prices are market based. Each segment is managed separately because of the differences in required infrastructure and the difference in products and services:

| | Franchising | Manufacturing | Other | Total |
| --- | --- | --- | --- | --- |
| **FY 2003** | | | | |
| Total revenues | $ 5,555,876 | $ 14,794,847 | $ - | $ 20,350,723 |
| Intersegment revenues | - | (889,251) | - | (889,251) |
| Revenue from external customers | 5,555,876 | 13,905,596 | - | 19,461,472 |
| Segment profit (loss) | 1,635,959 | 3,701,220 | (3,966,846) | 1,370,333 |
| Total assets | 2,352,483 | 8,514,487 | 5,217,276 | 16,084,246 |
| Capital expenditures | 139,948 | 216,822 | 367,360 | 724,130 |
| Provision for loss on accounts and notes receivable and related foreclosure costs | - | - | 1,666,524 | 1,666,524 |
| Total depreciation & amortization | 206,923 | 411,994 | 196,362 | 815,279 |
| **FY 2002** | | | | |
| Total revenues | $ 5,819,742 | $ 14,692,696 | $ - | $ 20,512,438 |
| Intersegment revenues | - | (1,073,361) | - | (1,073,361) |
| Revenue from external customers | 5,819,742 | 13,619,335 | - | 19,439,077 |
| Segment profit (loss) | 1,750,056 | 3,898,178 | (2,440,292) | 3,207,942 |
| Total assets | 2,009,009 | 9,310,982 | 5,475,400 | 16,795,391 |
| Capital expenditures | 139,948 | 216,822 | 367,360 | 724,130 |
| Total depreciation & amortization | 272,359 | 432,714 | 200,154 | 905,227 |
| **FY 2001** | | | | |
| Total revenues | $ 10,638,310 | $ 14,284,080 | $ - | $ 24,922,390 |
| Intersegment revenues | - | (2,350,553) | - | (2,350,553) |
| Revenue from external customers | 10,638,310 | 11,933,527 | - | 22,571,837 |
| Segment profit (loss) | 1,534,719 | 3,876,785 | (2,872,531) | 2,538,973 |
| Total assets | 3,252,033 | 8,656,411 | 3,133,619 | 15,042,063 |
| Capital expenditures | 211,667 | 134,740 | 120,041 | 466,448 |
| Total depreciation & amortization | 507,505 | 457,629 | 184,456 | 1,149,590 |

NOTE 10 - SUPPLEMENTAL CASH FLOW INFORMATION

For the three years ended February 28:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Interest paid | $ 298,141 | $ 448,384 | $ 666,055 |
| Income taxes paid | 1,088,692 | 1,024,208 | 918,653 |
| Non-Cash Investing Activities: |  |  |  |
| Company financed sales of retail store asset | $ - | $ 1,429,317 | $ 1,128,643 |
| Fair value of assets received upon foreclosure of notes: |  |  |  |
|   Tangible store assets |  |  |  |
|     Held for sale | 430,260 | - | - |
|     Store to be operated | 82,917 | - | - |
|   Goodwill | 242,083 | - | - |

NOTE 11 - EMPLOYEE BENEFIT PLAN

The Company has a 401(k) plan called the Rocky Mountain Chocolate Factory, Inc. 401(k) Plan. Eligible participants are permitted to make contributions up to 15% of compensation. The Company makes a matching contribution, which vests ratably over a 3-year period, and is 25% of the employee's contribution up to a maximum of 1.5% of the employee's compensation. For fiscal 2001 the Company made an additional discretionary contribution by doubling the normal matching. During the years ended February 28 or 29, 2003, 2002 and 2001, the Company's contribution was approximately $33,000, $33,000 and $68,000, respectively, to the plan.

NOTE 12 - STORE SALES AND FORECLOSURES

In connection with the Company's plans to phase out its Company-owned stores, the Company sold ten Company-owned stores in fiscal 2002 resulting in sales proceeds consisting of cash and notes receivable of approximately $1.2 million and recognized and deferred gains of approximately $124,000 and $386,000, respectively.

In connection with the Company's plans to phase out its Company-owned stores, the Company sold eighteen Company-owned stores in fiscal 2001 resulting in sales proceeds consisting of cash and notes receivable of approximately $2.3 million and recognized and deferred gains of approximately $542,000 and $193,000, respectively.

At February 28, 2003, the Company has $1,139,000 of notes receivable outstanding. The notes require monthly payments and bear interest at rates ranging from 7.5% to 12.5%. The notes mature through October 2006 and are secured by the assets financed.

During fiscal 2002 the Company adjusted the repayment schedule of the notes from a single franchisee to correspond to the franchisee's store operating cycles. The Company also financed an additional $300,000 of inventory and wrote-off $243,750 of the notes receivable. During fiscal 2003 the Company financed $230,000 for an additional store for the franchisee. During the third quarter of fiscal 2003 the Company recorded an additional $1,667,000 provision for potential loss on accounts and notes receivable and foreclosure costs related to the insolvency of this franchisee. In December 2002, the Company foreclosed on four of the stores previously operated by the franchisee and plans to operate one such retail outlet as a Company-owned store and sell three stores to other franchisees. At February 28, 2003 the Company has no balance recorded for notes receivable from this franchisee.

NOTE 13 - SUMMARIZED QUARTERLY DATA (UNAUDITED)

Following is a summary of the quarterly results of operations for the fourth quarter ended February 28, 2003 and 2002:

|  | Fiscal Quarter | | | | |
|---|---|---|---|---|---|
|  | First | Second | Third | Fourth | Total |
| **2003** |  |  |  |  |  |
| Total revenue | $ 3,972,339 | $ 5,066,360 | $ 5,632,577 | $ 4,790,196 | $19,461,472 |
| Gross margin | 1,213,860 | 1,477,146 | 1,505,766 | 1,111,001 | 5,307,773 |
| Net income (loss) | 459,427 | 615,840 | (472,653) | 249,734 | 852,348 |
| Basic earnings (loss) per share | .18 | .25 | (.19) | .10 | .34 |
| Diluted earnings (loss) per share | .17 | .23 | (.19) | .09 | .32 |

306

15

NOTE 13 - SUMMARIZED QUARTERLY DATA (UNAUDITED) - CONTINUED

|  | Fiscal Quarter | | | | |
|---|---|---|---|---|---|
|  | First | Second | Third | Fourth | Total |
| 2002 | | | | | |
| Total revenue | $ 4,232,774 | $ 4,689,691 | $ 5,608,251 | $ 4,908,361 | $ 19,439,077 |
| Gross margin | 1,277,392 | 1,523,235 | 1,357,650 | 1,453,076 | 5,611,353 |
| Net income | 350,835 | 607,973 | 612,577 | 423,957 | 1,995,342 |
| Basic earnings per share | .14 | .25 | .25 | .17 | .81 |
| Diluted earnings per share | .14 | .23 | .23 | .16 | .76 |

NOTE 14 - GOODWILL AND INTANGIBLE ASSETS

Effective March 1, 2002 the Company adopted Statement of Financial Accounting Standards No. 142 (SFAS 142), Goodwill and Intangible Assets. SFAS 142 revised the accounting for purchased goodwill and intangible assets. Under SFAS 142, goodwill and intangible assets with indefinite lives will no longer be amortized, will be tested for impairment annually and also in the event of an impairment indicator, and must be assigned to reporting units for purposes of impairment testing and segment reporting.

The Company has historically amortized goodwill on the straight-line method over ten to twenty-five years. Beginning March 1, 2002, quarterly and annual goodwill amortization is no longer recognized. The Company completed a transitional fair value based impairment test of goodwill as of March 1, 2002. There were no impairment losses resulting from the transitional testing. The Company has three reporting units with goodwill.

The changes in the carrying amount of goodwill for the year ended February 28, 2003, are as follows:

|  | Franchising Segment | Manufacturing Segment | Total |
|---|---|---|---|
| Balance as of March 1, 2003 | 1,235,000 | 295,000 | 1,530,000 |
| Goodwill acquired during year | 242,083 | - | 242,083 |
| Balance as of February 28, 2003 | 1,477,083 | 295,000 | 1,772,083 |

Intangible assets consist of the following at February 28:

|  | Amortization Period | 2003 Gross Carrying Value | 2003 Accumulated Amortization | 2002 Gross Carrying Value | 2002 Accumulated Amortization |
|---|---|---|---|---|---|
| Intangible assets subject to amortization | | | | | |
| Store design | 10 Years | $ 189,640 | 23,034 | $ 149,883 | $ 7,234 |
| Packaging licenses | 3-5 Years | 95,831 | 61,670 | 95,831 | 28,383 |
| Packaging design | 10 Years | 403,238 | 46,838 | 366,932 | 8,427 |
| Total | | 688,709 | 131,542 | 612,646 | 44,044 |
| Intangible assets not subject to amortization | | | | | |
| Franchising segment- | | | | | |
| Company stores goodwill | | 1,182,083 | 336,847 | 940,000 | 336,847 |
| Franchising goodwill | | 295,000 | 197,682 | 295,000 | 197,682 |
| Manufacturing segment-Goodwill | | 295,000 | 197,682 | 295,000 | 197,682 |
| Total Goodwill | | 1,772,083 | 732,211 | 1,530,000 | 732,211 |
| Total intangible assets | | 2,460,792 | 863,753 | $2,142,646 | $ 776,255 |

Amortization expense related to intangible assets totaled $87,498 and $161,652 during the fiscal year ended February 28, 2003 and 2002. The aggregate estimated amortization expense for intangible assets remaining as of February 28, 2003 is as follows:

| 2004 | $ 72,500 |
|---|---|
| 2005 | 71,400 |
| 2006 | 71,400 |
| 2007 | 60,200 |
| 2008 | 60,000 |
| Thereafter | 221,667 |
| Total | $557,167 |

**307**

NOTE 14 - GOODWILL AND INTANGIBLE ASSETS - CONTINUED

Net income and earnings per share for the year ended February 28, 2003, 2002 and 2001 adjusted to exclude goodwill amortization is as follows:

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
| Reported net income | $ 852,348 | $1,995,342 | $1,556,388 |
| Goodwill amortization, net of tax | - | 73,152 | 92,381 |
| Adjusted net income | $ 852,348 | $2,068,494 | $1,648,769 |
| Basic earnings per share: | | | |
| Reported net income | $ .34 | $ .81 | $ .58 |
| Goodwill amortization, net of tax | - | .03 | .03 |
| Adjusted net income | $ .34 | $ .84 | $ .61 |
| Diluted earnings per share: | | | |
| Reported net income | $ .32 | $ .76 | $ .57 |
| Goodwill amortization, net of tax | - | .02 | .04 |
| Adjusted net income | $ .32 | $ .78 | $ .61 |

NOTE 15 - ASSETS HELD FOR SALE

Assets held for sale consist of three fully operational stores and individual items of equipment, furniture and fixtures that were acquired in partial satisfaction of certain notes receivable from a franchisee. The notes were originally extended as part of store sales and construction financing of additional stores for the franchisee (Note 12). Management expects to dispose of the operating stores and other acquired assets to either existing franchisees who plan to upgrade or expand their operations or to prospective franchisees. These assets are included in "Other" for segment reporting.

NOTE 16 - RECENT ACCOUNTING PRONOUNCEMENTS

Effective March 1, 2002 the Company adopted Statement of Financial Accounting Standards No. 144 (SFAS 144), Accounting for Impairment or Disposal of Long-Lived Assets. SFAS 144 addresses financial accounting and reporting for the impairment or disposal of long-lived assets. The implementation of this standard did not have an effect on the Company's financial position, results of operations or cash flows.

In July 2002, the Financial Accounting Standards Board (FASB) issued SFAS 146, *Accounting for Costs Associated with Exit or Disposal Activities*. SFAS 146 nullifies FASB Emerging Issues Task Force Issue No. 94-3, *Liability Recognition for Certain Employee Termination Benefits and Other Costs to Exit an Activity (including Certain Costs Incurred in a Restructuring)*. It requires that a liability be recognized for those costs only when the liability is incurred, that is, when it meets the definition of a liability in the Financial Accounting Standards Board's conceptual framework. SFAS No. 146 also establishes fair value as the objective for initial measurement of liabilities related to exit or disposal activities. SFAS 146 is effective for exit or disposal activities that are initiated after December 31, 2002, with earlier adoption encouraged. The Company does not expect SFAS 146 to have a material effect on the Company's financial position or results of operations.

In December 2002, the FASB issued SFAS 148, *Accounting for Stock-Based Compensation – Transition and Disclosure: an amendment of FASB Statement 123 (SFAS 123)*. SFAS 148 provides alternative transition methods for a voluntary change to the fair value based method of accounting for stock-based employee compensation. In addition, SFAS 148 amends the disclosure requirements of SFAS 123 to require prominent disclosures in annual financial statements about the method of accounting for stock-based employee compensation and the pro forma effect on reported results of applying the fair value based method for entities that use the intrinsic value method of accounting. The pro forma effect disclosures are also required to be prominently disclosed in interim period financial statements. This statement is effective for financial statements for fiscal years ending after December 15, 2002 and is effective for financial reports containing condensed financial statements for interim periods beginning after December 15, 2002, with earlier application permitted. The Company does not plan to change to the fair value based method of accounting for stock-based employee compensation at this time and has included the disclosure requirements of SFAS 148 in the accompanying financial statements.

**308**