James D. DeRoche, Bar No. 69592
JDeRoche@perkinscoie.com
Steven C. Gonzalez, Bar No. 191756
SGonzalez@perkinscoie.com
PERKINS COIE LLP
1620 26th Street, Sixth Floor, South Tower
Santa Monica, CA 90404
PHONE: 310.788.3224
FAX: 310.843.1250

Attorneys for Defendant,
Rocky Mountain Chocolate Factory, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDMS, INC., THOMAS P. ANDERSON, and KEN PECUS,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.,<br><br>Defendant. | Case No. 08CV833 (JM) (AJB)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Fed. R. Civ. P. 7.1(a); USDC S.D. Cal. Local Rule 40.2] |

The undersigned, counsel of record for Rocky Mountain Chocolate Factory, Inc. ("RMCF"), certifies that there is no parent company of RMCF and that no publicly held company owns more than ten percent of RMCF's outstanding common shares:

DATED: June 24, 2008  **PERKINS COIE LLP**

By: *s/Steven C. Gonzalez*
    Steven C. Gonzalez,

Attorneys for Defendant, Rocky Mountain Chocolate Factory, Inc.

57023-0418/LEGAL14408202.2   -1-   NOTICE OF PARTY WITH FINANCIAL INTEREST
Case No. 08CV833 (JM) (AJB)