1  James D. DeRoche, Bar No. 69592
   JDeRoche@perkinscoie.com
2  Steven C. Gonzalez, Bar No. 191756
   SGonzalez@perkinscoie.com
3  PERKINS COIE LLP
   1620 26th Street
4  Sixth Floor, South Tower
   Santa Monica, CA  90404-4013
5  Telephone:  310.788.9900
   Facsimile:  310.788.3399
6
   Attorneys for Defendant
7  Rocky Mountain Chocolate Factory, Inc.

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  SDMS, IND., THOMAS P. ANDERSON, and KEN PECUS, | No. 08CV833 (JM) (AJB) |
| 12                     Plaintiffs, | |
| 13       v. | **PROOF OF SERVICE** |
| 14  ROCKY MOUNTAIN CHOCOLATE FACTORY, INC., | |
| 15                     Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I hereby certify that on the 24th day of June, 2008, I electronically filed a **NOTICE OF MOTION AND MOTION TO DISMISS; and NOTICE OF PARTY WITH FINANCIAL INTEREST** [Documents 7 & 8 on the Court's docket] with the Clerk of the court using the CM/ECF system which sent notification of such filing to the following party:

Rebecca J. Fortune, Esq.
Lynn & Fortune, LLP
2171 India Street, Suite "C"
San Diego, California  92101
Telephone (619) 233-9464
Facsimile (619) 702-6911
Email: rfortune@lynnfortunelaw.com

**Attorney for Plaintiffs**

DATED:  June 27, 2008

**PERKINS COIE LLP**

By: *s/Steven C. Gonzalez* _____

Attorneys for Defendant
Rocky Mountain Chocolate Factory, Inc.