LYNN & FORTUNE, LLP
Rebecca J. Fortune (SBN 229921)
2171 India Street, Suite C
San Diego, California 92101
Phone: (619) 233 - 9464
Fax:    (619) 702 - 6911

Attorneys for Plaintiffs SDMS, INC.,
THOMAS P. ANDERSON, and KEN PECUS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDMS, INC., THOMAS P. ANDERSON, and KEN PECUS,<br>　　　　Plaintiffs,<br>　　vs.<br>ROCKY MOUNTAIN CHOCOLATE FACTORY INC.,<br>　　　　Defendant. | Case No.: 08cv833 JM AJB<br><br>PLAINTIFFS' WITHDRAWAL OF THEIR SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF AND DAMAGES (DOC. 13)<br><br>Second Amended Complaint Filed:<br>　　　August 07, 2008 |

Pursuant to two telephone conversations had between the Clerk of the Court and Plaintiffs' counsel, SDMS, INC., THOMAS P. ANDERSON, and KEN PECUS, hereby formally withdraw their Second Amended Complaint for Injunctive Relief, Declaratory Relief and Damages (Doc. 13). Plaintiffs will await the Court's decision on Rocky Mountain Chocolate Factory, Inc.'s Motion to Dismiss, taken under submission on August 1, 2008, prior to filing any additional papers seeking to amend Plaintiffs' complaint.

Dated this 8th day of August, 2008.　　　　　　LYNN & FORTUNE, LLP

　　　　　　　　　　　　　　　　　　　　　　　　 s/ *Rebecca J. Fortune*
　　　　　　　　　　　　　　　　　　　　　　　Rebecca J. Fortune
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　SDMS, Inc., Thomas P. Anderson and Ken Pecus.